**ON REHEARING**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-7240**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMES THOMAS WEBB,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:12-cr-00301-D-1)

---

Submitted: January 8, 2016        Decided: January 20, 2016

---

Before SHEDD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James Thomas Webb, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Kristine L. Fritz, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Thomas Webb appeals the district court's order denying his motion for release pending appeal. We previously dismissed the appeal as moot. Webb has now filed a petition for panel rehearing. Upon review of the petition, we grant panel rehearing. On rehearing, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Webb, No. 5:12-cr-00301-D-1 (E.D.N.C. filed July 30, 2015; entered July 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED